40 A.3d 1230

Lonnie SPELLMAN, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 26, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the order of the Commonwealth Court is hereby **AFFIRMED,** without prejudice to appellant's ability to file a request to the Commonwealth Court to appeal *nunc pro tunc.*